```
AINEL JORGEN GOMEZ            GULF COAST MED CENTER      WELLS FARGO BANK NA
MERCEDES INIMA DEL SOL GAR(   13681 DOCTORS WAY          ATTN: BANKRUPTCY
10780 ROAD 278                FORT MYERS, FL 33912       PO BOX 393
UNION, MS 39365                                          MINNEAPOLIS, MN 55480


THOMAS C. ROLLINS, JR.        INNOVATIVE RECOVERY        WELLS FARGO BANK NA
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY DEPT      ATTN: BANKRUPTCY
P.O. BOX 13767                4230 LBJ FREEWAY           P.O.BOX 393
JACKSON, MS 39236             SUITE 400                  MINNEAPOLIS, MN 55480
                              DALLAS, TX 75244


AMEX                          INTERNAL REVENUE SERVI
BANKRUPTCY                    CENTRALIZED INSOLVENCY
PO BOX 981535                 P.O. BOX 7346
EL PASO, TX 79998             PHILADELPHIA, PA 19101-7346


CAPITAL ONE                   INTERNAL REVENUE SERVI
ATTN: BANKRUPTCY              C/O US ATTORNEY
PO BOX 30285                  501 EAST COURT ST
SALT LAKE CITY, UT 84130      STE 4.430
                              JACKSON, MS 39201


CHASE CARD SERVICES           MS DEPT OF REVENUE
ATTN: BANKRUPTCY              BANKRUPTCY SECTION
PO BOX 15299                  PO BOX 22808
WILMINGTON, DE 19850          JACKSON, MS 39225-2808


CSLFINCL                      NELNET
1900 INTERNATIONAL PAR        PO BOX 300001
STE 50                        GREENVILLE, TX 75403
BIRMINGHAM, AL 35243


DIGITAL FEDERAL CU            SUNCOAST CU
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 9130                   PO BOX 11904
MARLBOROUGH, MA 01752         TAMPA, FL 33680


DISCOVER FINANCIAL            SYNCHRONY BANK
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 30943                  PO BOX 965060
SALT LAKE CITY, UT 84130      ORLANDO, FL 32896


GALISANO CHILDRENS HOS        US ATTORNEY GENERAL
9981 S HEALTHPARK DR          US DEPT OF JUSTICE
FORT MYERS, FL 33908          950 PENNSYLVANIA AVENW
                              WASHINGTON, DC 20530-0001
```