Certificate Number: 17082-MSS-DE-040510507

Bankruptcy Case Number: 26-00061



17082-MSS-DE-040510507

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2026, at 7:35 o'clock PM MST, AINEL JORGEN GOMEZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: January 14, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director