# PROCEEDING MEMO AND MINUTES OF
# THE CHAPTER 7 §341(a) MEETING
## 02/06/2026

IN RE:     CASE NUMBER: 26-00061-JAW

**GOMEZ, AINEL JORGEN**
**DEL SOL GARCIA, MERCEDES INIMA**

APPEARANCES:

(X) DEBTOR 1
   (X) Required picture I.D. produced
   (X) Required SSN verification produced
   (X) Pay advices received

(X) DEBTOR 2 (Wife in Joint Cases)
   (X) Required picture I.D. produced
   (X) Required SSN verification produced
   ( ) Pay advices received — **NOT EMPLOYED.**

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for _____ (years) on **01/20/2026** (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
   ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
   ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE ____ DAY OF _____, 20____ AT _____ O'CLOCK ___.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____

DATED: 02/06/2026

STEPHEN SMITH, TRUSTEE

Track # **051**   or   Tape # _____, Side _____ Counter Start# _____