United States Bankruptcy Court
Southern District of Mississippi

In re:

Ainel Jorgen Gomez

Mercedes Inima Del Sol Garcia

    Debtors

Case No. 26-00061-JAW

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: admin      Page 1 of 2

Date Rcvd: Apr 08, 2026      Form ID: 318      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ainel Jorgen Gomez, Mercedes Inima Del Sol Garcia, 10780 Road 278, Union, MS 39365-6403 |
| 5609931 | + | Cslfincl, 1900 International Par, Ste 50, Birmingham, AL 35243-4244 |
| 5609934 | + | Galisano Childrens Hos, 9981 S Healthpark Dr, Fort Myers, FL 33908-3618 |
| 5609935 | + | Gulf Coast Med Center, 13681 Doctors Way, Fort Myers, FL 33912-4300 |
| 5609936 | + | Innovative Recovery, Attn: Bankruptcy Dept, 4230 Lbj Freeway, Suite 400, Dallas, TX 75244-5806 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5609928 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 19:46:40 | Amex, Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5609929 | + | EDI: CAPITALONE.COM | Apr 08 2026 23:42:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5609930 | + | EDI: JPMORGANCHASE | Apr 08 2026 23:42:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5609932 | | Email/Text: bankruptcy@dcu.org | Apr 08 2026 19:43:00 | Digital Federal CU, Attn: Bankruptcy, Po Box 9130, Marlborough, MA 01752 |
| 5609933 | | EDI: DISCOVER | Apr 08 2026 23:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5609938 | + | Email/Text: ebone.woods@usdoj.gov | Apr 08 2026 19:43:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5609937 | | EDI: IRS.COM | Apr 08 2026 23:42:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5609939 | | EDI: MSDOR | Apr 08 2026 23:42:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5609940 | + | EDI: MAXMSAIDV | Apr 08 2026 23:42:00 | Nelnet, Po Box 300001, Greenville, TX 75403-3001 |
| 5609941 | + | Email/Text: cmecf@suncoastfcu.org | Apr 08 2026 19:43:00 | Suncoast Cu, Attn: Bankruptcy, Po Box 11904, Tampa, FL 33680-1904 |
| 5609942 | + | EDI: SYNC | Apr 08 2026 23:42:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5609943 | ^ | MEBN | Apr 08 2026 19:39:45 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5609944 | + | EDI: WFFC2 | Apr 08 2026 23:42:00 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |

District/off: 0538-3 User: admin Page 2 of 2
Date Rcvd: Apr 08, 2026 Form ID: 318 Total Noticed: 18
TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5609945 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Mercedes Inima Del Sol Garcia trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ainel Jorgen Gomez trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ainel Jorgen Gomez** | Social Security number or ITIN   **xxx–xx–5266** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mercedes Inima Del Sol Garcia** | Social Security number or ITIN   **xxx–xx–1916** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **26–00061–JAW**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Ainel Jorgen Gomez**
aka Ainel Jorgen

**Mercedes Inima Del Sol Garcia**
aka Mercedes I Del Sol Garcia

Dated: <u>4/8/26</u>

**By the court:** <u>/s/Jamie A. Wilson</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**